IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 05-14290-CIV-MOORE/LYNCH

JOHN H. MORRELL,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORTS AND RECOMMENDATIONS

THIS CAUSE came before the Court upon Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 (DE #1).

THIS MATTER was referred to the Honorable Frank J. Lynch, United States Magistrate Judge. Magistrate Judge Lynch issued a Report and Recommendation (DE #23), recommending that Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 (DE #1) be denied. After seeking and receiving an extension, Petitioner filed objections to Magistrate Judge Lynch's Report, styled as "Petitioner's Appeal from Magistrate Judge Lynch's Report and Recommendation Entered on September 29, 2006" (DE #26).

After a *de novo* review of the record, including Petitioner's objections to Magistrate Judge Lynch's Report, and being otherwise fully advised, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report (DE #23) is ADOPTED. Accordingly, it is

ORDERED AND ADJUDGED that Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 (DE #1) is DENIED. As no other claims remain, it is further

ORDERED AND ADJUDGED that the Clerk of Court is directed to CLOSE this case.

All pending motions not yet ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of November, 2006.

*[signature]*
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:
    All counsel of record

    U.S. Magistrate Judge Frank J. Lynch